**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

## THE STATE OF SOUTH CAROLINA
### In The Court of Appeals

The State, Respondent,

v.

Teramine Lamont McCrorey, Appellant.

Appellate Case No. 2013-002192

Appeal From York County
J. Derham Cole, Circuit Court Judge

Unpublished Opinion No. 2015-UP-538
Submitted October 1, 2015 – Filed November 25, 2015

**AFFIRMED**

Appellate Defender Benjamin John Tripp, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Assistant Attorney General Jennifer Ellis Roberts, both of Columbia; and Solicitor Kevin Scott Brackett, of York, for Respondent.

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: *State v. Dicapua*, 373 S.C. 452, 455, 646 S.E.2d 150, 152 (Ct. App.

2007) (holding the defendant's statement that he had no objection to the admission of certain evidence "amounted to a waiver of any issue [he] had with the [evidence]"), *aff'd*, 383 S.C. 394, 680 S.E.2d 292 (2009); *id.* at 456, 646 S.E.2d at 152 (holding a party's "express waiver of objection to the admission of" evidence is "tantamount to a withdrawal of [that party's] previous motion to suppress" (quoting *Martelly v. State*, 187 A.2d 105, 108 (Md. 1963))).

**AFFIRMED.**[1]

**SHORT, GEATHERS, and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.